**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JAMES HELD, JR., ADMINISTRATOR OF THE ESTATES OF BRIANNA AUDREY DACUS, DECEASED; TRINITY ANN DACUS, DECEASED; AND JAMIE D. MALANOWSKI, DECEASED AND SAINT VINCENT HEALTH CENTER, INDIVIDUALLY AND D/B/A SAINT VINCENT BEHAVIORAL SERVICES; SAINT VINCENT MEDICAL EDUCATION AND RESEARCH INSTITUTE, INC., INDIVIDUALLY AND D/B/A SAINT VINCENT MEDICAL GROUP; SAINT VINCENT HEALTH SYSTEM INDIVIDUALLY AND D/B/A SAINT VINCENT BEHAVIORAL HEALTH SERVICES,

Respondents

v.

KHOA TRAN, M.D.,

Petitioner

: No. 469 WAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.